1108

No. 12–7304. MANGUAL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7305. WINES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–7306. VASQUEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7307. WIDI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7308. WIDI v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7311. BRYANT v. SHEAHAN, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 12–7312. BASKERVILLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7314. VEGA PADRON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7319. ELKINS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–7322. JEFFERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–7324. SUMRALL v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–7326. CARDENAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–7329. PAWLOWSKI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–7333. BRIGGS v. GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–7335. BERNEGGER v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI. C. A. 5th Cir. Certiorari denied.